In re NEW STREET, ROCKAWAY BEACH, BETWEEN BAYVIEW AVE. AND ELDERT AVE., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of a

new street, Rockaway Beach, between Bayview avenue and Eldert avenue. No opinion. Motion granted, without costs. Settle order before Mr. Justice Jenks.